Decided January 25, 1990

ROBERT B. KUPSTIS *v.* ANDRE L. MICHAUD, JR., ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 20 Conn. App. 425, is granted, limited to the following issue:

"Did the attorney referee's delay in issuing his report violate (a) General Statutes § 51-183b; (b) applicable provisions of the Practice Book; or (c) the due process

rights of the plaintiff under the United States constitution or article first, § 10, of the Connecticut constitution?"

*Michael A. D'Amico,* in support of the petition.

*Robert J. Crean,* in opposition.

Decided February 8, 1990